[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 25-10580

Non-Argument Calendar

_____

DEANDRE ARNOLD,

Plaintiff-Appellant,

*versus*

GOVERNOR OF THE STATE OF GEORGIA,
ATTORNEY GENERAL, STATE OF GEORGIA,
SHERIFF OF HENRY COUNTY, GEORGIA,
DISTRICT ATTORNEY FOR HENRY COUNTY GEORGIA,
STEPHEN DILLARD,
Appellate Court Judge or Justice of the
Georgia Court of Appeals, et al.,

Defendants-Appellees.

2                    Opinion of the Court                    25-10580

———————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02219-JPB

———————————

Before ROSENBAUM, JILL PRYOR, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED in part, *sua sponte*, for lack of jurisdiction. Deandre Arnold's notice of appeal challenged the district court's two October 1, 2024 orders. One of those orders denied Arnold's postjudgment motions to stay dismissal, for relief from dismissal, and for electronic filing permission. The other order denied his application for leave to appeal *in forma pauperis* ("IFP").

Arnold's challenge to the October 1 order denying his IFP application is not appealable, as the proper procedure is to file in the appellate court a motion to proceed IFP on appeal. *See* 28 U.S.C. § 1291; Fed. R. App. P. 24(a)(5); *Gomez v. United States*, 245 F.2d 346, 347 (5th Cir. 1957). This appeal shall proceed as to only the other October 1 order denying Arnold's post-judgment motions.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.